**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

UNITED STATES OF AMERICA

VS.   CAUSE NO. 4:10-cr-00009-DCB-LRA

PENNI TINGLE

**ORDER**

BEFORE THE COURT is Defendant's Motion for Reconsideration and Alteration of the sentence imposed by the Court on October 4, 2011. Having carefully considered the Motion together with Defendant's written statement which accompanied the Motion, the Court finds that the Defendant, at sentencing, was well represented by counsel who made a compelling argument on behalf of his client. Based upon the presentence report, the statements of the defendant at sentencing together with those made by counsel, the Court imposed a split sentence, allowing five (5) months to be served in a home confinement program. Further responding to the Motion, the Court finds that the sentence imposed was within the advisory guideline range and was ordered only after the Court also considered all statutory factors set forth in 18 U.S.C. § 3553(a) and all subsections thereto. Having further reflected upon the sentence, as requested in the Motion, the Court finds, moreover, that the sentence was appropriate under the circumstances and, therefore, the Motion for Reconsideration is hereby DENIED.

SO ORDERED this the __28th__ day of October, 2011.

                                                         s/ David Bramlette
                                         UNITED STATES DISTRICT JUDGE