IN THE UNITED STATES COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

PENNI TINGLE

v.                                             Civil No. 4:12cv1DCB-LRA
                                                   Criminal No. 4:10-cr-00009-DCB-LRA

UNITED STATES OF AMERICA

## **ORDER**

The Court, having considered the Government's Motion to Seal the INVESTIGATIVE REPORT, IKBI INC., which is attached to the defendant's § 2255 Motion (Dkt. 36) as *Exhibit C*, and the sensitive nature of the exhibit,

IT IS HEREBY ORDERED that *Exhibit C*, which is attached to the defendant's §2255 Motion (Dkt. 36) be sealed.

IT IS FURTHER ORDERED that the Clerk shall provide a copy of the order to the United States Attorney's Office and counsel for the defendant.

ORDERED this  9th   day of January 2012.

                                                        s/David Bramlette
                                                        UNITED STATES DISTRICT COURT JUDGE

PRESENTED BY:

/s/ Harold Brittain
Harold Brittain  MSB # 4556
Assistant U.S. Attorney