# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**UNITED STATES OF AMERICA**

**v.**  CRIMINAL NO. 4:10-CR-00009-DCB
CIVIL NO. 4:12-CV-00001-DCB

**PENNI TINGLE**

### ORDER

This cause is before the Court <u>sua sponte</u> pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings. The Court, having reviewed the Petitioner's pending § 2255 Motion, finds that a response by the Government is required. Accordingly,

**IT IS HEREBY ORDERED** that the United States Attorney shall file an answer to the Petitioner's § 2255 motion to vacate, set aside, or correct her sentence in the above styled action, on or before March 9, 2012.

So **ORDERED,** this the 15th day of February, 2012.

/s/ David Bramlette

**UNITED STATES DISTRICT JUDGE**