IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**UNITED STATES OF AMERICA**

**v.**                        **CRIMINAL NO. 4:10-CR-00009-DCB**
                               **CIVIL NO. 4:12-CV-00001-DCB**

**PENNI TINGLE**

## ORDER

This cause is before the Court on Petitioner's Motion to Amend/Correct her § 2255 Motion [docket entry no. 49]. Having considered Petitioner's Motion, the Court finds it is well-taken and should be granted. In light of this amendment, Steven Farese, Sr., Esq., is hereby afforded an opportunity to file an Affidavit, responding to the allegations of ineffective assistance of counsel, said Affidavit to be filed with the Clerk within forty-five (45) days of this Order with copies to be provided to all Parties and to which Affidavit the Government shall respond within thirty (30) days after the Affidavit is filed. Further, the Court hereby withdraws its order with respect to Steven Farese, Jr., Esq. [docket entry no. 45].

So **ORDERED**, this the 5th day of March, 2012.

                                           /s/ David Bramlette
                                           **UNITED STATES DISTRICT JUDGE**