# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:10cr0009DCB
 CIVIL NO. 4:12cv0001DCB

PENNI TINGLE

## AMENDED ORDER

Whereas, an Order was entered on February 23, 2012 as document #45 affording Petitioner's former Counsel, Steven E. Farese, Jr. an opportunity to respond by Affidavit to the allegations contained in Petitioner's §2255 motion. The affidavit was to be filed within forty-five (45) days of February 23, 2012; and

Whereas, it was brought to the attention of Petitioner's current Counsel, Cynthia Stewart, that Steven E. Farese, Sr. was in fact the Petitioner's former Counsel, thereby requiring an amended §2255 motion be filed with the Court. The amended motion was filed as document #49 on March 1, 2012, to correct the record showing Steven E. Farese, Sr. was the Petitioner's former Attorney of record; and

Whereas, this Court issued an Order on March 5, 2012 as document #50 affording Steven E. Farese, Sr. the opportunity to file an Affidavit in response to the Petitioner's §2255 motion; and,

Whereas, the Order states that the affidavit is to be filed with the clerk within forty-five (45) days of said Order, which was signed March 5, 2012; and

Whereas, in order to clarify the date in which the affidavit of Steven E. Farese, Sr. is to be filed, the Court hereby orders that the affidavit of Steven E. Farese, Sr. shall be filed no later than April 19, 2012.

**SO ORDERED**, this the 6th day of April, 2012.

s/David Bramlette
UNITED STATES DISTRICT JUDGE