# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**UNITED STATES OF AMERICA**

v.                                                **CRIMINAL NO. 4:10cr0009**
                                                   **CIVIL NO. 4:12cv0001**

**PENNI TINGLE**

## ORDER

This cause is before the Court on the Government's Motion to file its Response to Petitioner's Motion to Vacate Under 28 U.S.C. § 2255 under seal [docket entry no. 55] . Having considered the Government's Motion, the Court finds it is well-taken and should be granted.

It is therefore ordered that the Government shall file its Response to Petitioner's Motion to Vacate Under 28 U.S.C. 2255 <u>under seal</u>.

So **ORDERED**, this the 15th day of May, 2012.


                                                     s/David Bramlette
                                                     **UNITED STATES DISTRICT COURT JUDGE**