IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:10cr0009
    CIVIL NO. 4:12cv0001

PENNI TINGLE

## ORDER

BEFORE THE COURT is a letter from the above defendant seeking a modification of her sentence, specifically an early release to a half-way house prior to her release date. Having considered the matter and inasmuch as the release date is only a few days after the home detention eligibility date, the motion is hereby denied.

So **ORDERED**, this the 21st day of May, 2012.

 s/David Bramlette
**UNITED STATES DISTRICT JUDGE**