IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

PENNI TINGLE                                                              PETITIONER

v.                                                          Criminal No. 4:10-cr-9-DCB-LRA-001

UNITED STATES OF AMERICA                                                  RESPONDENT

## ORDER

Before the court is the Motion of Penni Tingle through counsel to amend her

Memorandum.  The amendment is granted.

SO ORDERED, this the 24th day of October, 2012.


    s/David Bramlette
UNITED STATES DISTRICT JUDGE